**Philip Horwich, appellant, v. Alicia Steinberg, appellee. Gen. No. 35,805.**

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932. Rehearing denied January 3, 1933.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Lester L. Bauer, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**William Wolkoff, etc., appellee, v. Woodlawn Trust & Savings Bank et al., appellees, on appeal of Stella Murphy, appellant. Gen. No. 36,392.**

Heard in the third division of this court for the first district. Opinion filed December 21, 1932.

Russell, Murphy & Quigley, for appellant; Charles F. McElroy, of counsel. Alexander Rothstein, Mortimer A. Rothstein and Aaron Soble, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Livingston Baking Co., plaintiff in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 36,018.**

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed December 29, 1932.

John A. Bloomingston, for plaintiff in error. Weber, Miller, Deffenbaugh & Donovan, for defendants in error; Frank L. Kriete and Warner H. Robinson, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

**Mary Maciukevice, appellee, v. Chicago & North Western Railway Company, appellant. S. L. Fabian, trading as S. L. Fabian & Company, appellee. Gen. No. 36,036.**

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed December 29, 1932.

Nelson J. Wilcox and I. C. Belden, for appellant. Earl J. Walker, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.